# **EXHIBIT F**

| | |
|---|---|
| **From:** | Larsen, Joshua <joshua.larsen@btlaw.com> |
| **Sent:** | Wednesday, November 24, 2021 8:31 PM |
| **To:** | Patrick Delaney; Timothy Devlin; Peter Mazur |
| **Cc:** | Stover, Chad; DLF-Lit Paras; Smith, Rodger; Ivory, Laura; Hickey, Michael J.; Beste, Eric; Hunt, Paul |
| **Subject:** | RE: proposed modification to scheduling order (2021-11-19) - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) |

Counsel:

We were surprised that PerDiemCo LLC's Identification of Accused Products and Asserted Patents, served November 19, 2021, listed twenty (20) products as "Infringing CalAmp Products," when Plaintiff's Complaint in this case only named three of those products. It is hard to believe that Plaintiff has a good faith basis under Rule 11 of the Federal Rules of Civil Procedure for accusing all of these products of infringement. If Plaintiff does not withdraw any of its accusations by Wednesday, December 1, however, we will begin collecting and processing the core technical documents and sales figures for each product, which we expect to be time-consuming and cost-intensive. Please note that, for each of the products now accused, if Plaintiff fails to produce a claim chart demonstrating how that product infringes or if it otherwise becomes clear that Plaintiff lacked a good faith basis for identifying that product, Defendant will seek reimbursement from Plaintiff of the fees and costs that it has been forced to incur related to that product.

Given the significant number of products now identified by Plaintiff, we propose amending the case schedule to make (1) Defendant's production of core technical documents and sales figures under Section 7(b) due on January 11, 2022, and (2) Plaintiff's production of initial claim charts under Section 7(c) due on February 10, 2022. Please let us know whether these revised dates are acceptable to Plaintiff.

Best Regards,
---
Joshua P. Larsen
Patent Attorney
Partner, Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
(317) 231-6422
joshua.larsen@btlaw.com

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Friday, November 19, 2021 11:40 AM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; Larsen, Joshua <joshua.larsen@btlaw.com>
**Cc:** Tdevlin - External <tdevlin@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Stover, Chad <Chad.Stover@btlaw.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Larsen, Joshua <joshua.larsen@btlaw.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** [EXTERNAL]proposed modification to scheduling order (2021-11-19) - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE)

Dear Counsels for CalAmp and Agilis.

In light of the service today of the Identification of Accused Product and Patents to both Defendants, PerDiem is potentially amenable to a stipulated modification to the scheduling order to allow Defendants a full 30 days to produce core technical documents in compliance with paragraph 7(b) of the scheduling order.  PerDiem would also ask that the date for PerDiem's compliance with paragraph 7(c) be pushed back 14 days to January 27th.  If these changes are acceptable to CalAmp and Agilis, we suggest preparing and submitting an agreed motion for modification to the scheduling order to account for the date changes.

Please let us know if this works for both Defendants.  If you feel an alternate proposal on dates is appropriate, please let us know.  Thanks.

Best,
Patrick



*Admitted in DC, not in DE.

---

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Sunday, November 14, 2021 2:28 PM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; 'Larsen, Joshua' <joshua.larsen@btlaw.com>
**Cc:** Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Stover, Chad <Chad.Stover@btlaw.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Larsen, Joshua <joshua.larsen@btlaw.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** RE: [EXTERNAL] RE: reminder - proposal from PDC on draft PO (2021-11-01) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft originally from DLF, 2021-10-07)

Dear Counsels for CalAmp and Agilis.

Thank you for your responses regarding the protective order and the Court's Scheduling Order.

We anticipate producing early this coming week a disclosure to "identify the accused product(s), including accused methods and systems, and its damages model, as well as the asserted patent(s) that the accused product(s) allegedly infringe(s)," pursuant to Section 7(a) of the Scheduling Order.

We shall respond in short order regarding your proposals regarding the draft Protective Order and the Court's Scheduling Order.  Thanks.

Best,
Patrick



*Admitted in DC, not in DE.

---

**From:** Hickey, Michael J. <MHickey@lewisrice.com>
**Sent:** Saturday, November 13, 2021 10:24 PM

**To:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Cc:** Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; Stover, Chad <Chad.Stover@btlaw.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Larsen, Joshua <joshua.larsen@btlaw.com>
**Subject:** Re: [EXTERNAL] RE: reminder - proposal from PDC on draft PO (2021-11-01) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft originally from DLF, 2021-10-07)

Patrick,

We agree with the proposed revisions set forth by Calamp's counsel and with the positions relating to plaintiff's disclosures and the timing of defendant's disclosures.

Thanks,

Michael

Sent from my iPhone

> On Nov 13, 2021, at 9:18 PM, Larsen, Joshua <joshua.larsen@btlaw.com> wrote:
>
> Counsel:
>
> Please find attached a redline to your latest draft protective order with our proposed revisions.  It appears we have two areas of disagreement.  First, we object to Mr. Babayi being listed in Exhibit B as a "Designated In-House Counsel" with access to HC-AEO and Source Code materials.  It is clear from public records that Mr. Babayi is directly responsible for plaintiff's patent filing and prosecution efforts, such that it would be inappropriate for him to have access to defendant's highly confidential technical materials, including source code.  Second, we object to plaintiff's proposed definitions of "Relevant Technology."  We have proposed striking the definitions of "Relevant Technology" from Section 1 and instead including a substantially similar recitation directly in Section 7.  We have also proposed changing the first few lines of Section 7 to make clear that this prosecution bar does not apply to defendants to preclude them from prosecuting patent applications on their own technologies.  If we continue to have disagreement on either or both of these points, we should arrange a time to meet-and-confer.
>
> On another topic, according to Section 7(a) of the Scheduling Order entered by the Court, plaintiff was to "identify the accused product(s), including accused methods and systems, and its damages model, as well as the asserted patent(s) that the accused product(s) allegedly infringe(s)," and "produce the file history for each asserted patent" by October 14, 2021.  While we received the file histories from you yesterday, we still have not received plaintiff's disclosure of the accused products, the asserted patents, and its damages model.  Obviously, this impacts our ability to comply with Section 7(b) of the Scheduling Order.  We anticipate that we will be able to produce the information specified in Section 7(b) of the Scheduling Order within 30 days of plaintiff making its disclosure pursuant to Section 7(a) of the Scheduling Order.
>
> Best Regards,
> ---
> Joshua P. Larsen
> Patent Attorney
> Partner, Barnes & Thornburg LLP

11 S. Meridian Street
Indianapolis, IN 46204-3535
(317) 231-6422
joshua.larsen@btlaw.com

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Tuesday, November 9, 2021 6:33 AM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>; Hickey, Michael J. <MHickey@lewisrice.com>
**Cc:** Patrick Delaney <pdelaney@devlinlawfirm.com>; Stover, Chad <Chad.Stover@btlaw.com>; Tdevlin - External <tdevlin@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Subject:** [EXTERNAL]reminder - proposal from PDC on draft PO (2021-11-01) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft originally from DLF, 2021-10-07)

Dear Counsels for CalAmp and Agilis.

A friendly reminder.  Please let us know when we can expect your response on the proposed draft PO we sent on November 1st.  Thanks.

Best,
Patrick
<image001.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Monday, November 1, 2021 1:26 PM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; 'Larsen, Joshua' <joshua.larsen@btlaw.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** proposal from PDC on draft PO (2021-11-01) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft originally from DLF, 2021-10-07)

Dear Counsels for CalAmp and Agilis.

Please see PerDiem's proposed changes to the draft PO at 1.18 re Relevant Technology  and Exhibit B.

We made no other proposed changes.  Please let us know if this is acceptable or if you have any further changes.  Thanks.

Best,
Patrick
<image002.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Friday, October 29, 2021 2:53 PM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; 'Larsen, Joshua' <joshua.larsen@btlaw.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter

Mazur <PMazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** Agilis confirms on PO proposal (2021-10-29) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft originally from DLF, 2021-10-07)

Hi Michael. Thank you for confirming for Agilis.

Hi All. PDC will respond to this shared proposal on the PO in short order after we have had a chance to confer. I expect PDC will respond Monday.

Please have a safe and enjoyable holiday weekend. Thanks.

Best,
Patrick
<image002.png>
*Admitted in DC, not in DE.

---

**From:** Hickey, Michael J. <MHickey@lewisrice.com>
**Sent:** Friday, October 29, 2021 2:48 PM
**To:** 'Larsen, Joshua' <joshua.larsen@btlaw.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <PMazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Subject:** RE: 2nd reminder (2021-10-20) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft from DLF, 2021-10-07)

These changes are acceptable to Agilis.

Michael

**Michael J. Hickey**
mhickey@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7630 (direct)
314.705.2110 (cell)
314.612.7630 (fax)
www.lewisrice.com

---

**From:** Larsen, Joshua <joshua.larsen@btlaw.com>
**Sent:** Friday, October 29, 2021 1:20 PM
**To:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Tdevlin - External <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Hickey, Michael J. <MHickey@lewisrice.com>
**Subject:** [EXTERNAL] RE: 2nd reminder (2021-10-20) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft from DLF, 2021-10-07)

Hi Patrick,

Please find attached a redline of the draft protective order with CalAmp's proposed revisions. Let us know if this version is acceptable to PerDiem, if you believe further changes are needed, or if you'd like to discuss.

Best Regards,
---
Joshua P. Larsen
Patent Attorney
Partner, Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
(317) 231-6422
joshua.larsen@btlaw.com

**From:** Larsen, Joshua
**Sent:** Monday, October 25, 2021 11:03 AM
**To:** 'Patrick Delaney' <pdelaney@devlinlawfirm.com>; Hickey, Michael J. <MHickey@lewisrice.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Tdevlin - External <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Subject:** RE: 2nd reminder (2021-10-20) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft from DLF, 2021-10-07)

Hi Patrick,

Thank you for the reminder. We are conferring with our client on the proposed PO and expect to have comments back to you later this week.

Best Regards,
---
Joshua P. Larsen
Patent Attorney
Partner, Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
(317) 231-6422
joshua.larsen@btlaw.com

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Wednesday, October 20, 2021 9:24 AM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>; Hickey, Michael J. <MHickey@lewisrice.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Tdevlin - External <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** [EXTERNAL]2nd reminder (2021-10-20) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft from DLF, 2021-10-07)

Dear Counsel for CalAmp and Counsel for Agilis.

A friendly second reminder.  Please let us know when we can expect comments or a response on the attached draft PO.  Thanks.

Best,
Patrick
<image001.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Wednesday, October 13, 2021 8:53 AM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>; Hickey, Michael J. <MHickey@lewisrice.com>
**Cc:** : Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** reminder (2021-10-13) - proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft from DLF, 2021-10-07)

Dear Counsel for CalAmp and Counsel for Agilis.

A friendly reminder.  Please let us know when we can expect comments or a response on the draft PO.  Thanks.

Best,
Patrick
<image001.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Thursday, October 7, 2021 6:01 AM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; Larsen, Joshua <joshua.larsen@btlaw.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** proposed stipulated protective order - PerDiemCo v. CalAmp & PerDiemCo v. Agilis (both DDE) - (draft from DLF, 2021-10-07)

Dear Counsel for CalAmp and Counsel for Agilis.

A proposed stipulated protective order to help address discovery in either or both cases is attached.

Please let us know when we might expect a response and/or edits.  Thanks.

Best,
Patrick
<image002.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Thursday, September 23, 2021 12:04 PM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; Larsen, Joshua <joshua.larsen@btlaw.com>

7

**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** acceptance (2021-09-23) - Orders DUE TODAY - RE: PerDiemCo v. CalAmp, PerDiemCo v. Agilis (DDE) - proposal from PDC re consolidation (from DLF, 2021-09-21)

Hi Michael and Joshua.

The changes you both present in the attached proposed order are acceptable to PerDiem.

We will submit the proposed order to Judge Stark, unless you prefer otherwise.  Please let us know.  Thanks.

Best,
Patrick
<image002.png>
*Admitted in DC, not in DE.

---

**From:** Larsen, Joshua <joshua.larsen@btlaw.com>
**Sent:** Thursday, September 23, 2021 11:11 AM
**To:** Hickey, Michael J. <MHickey@lewisrice.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Subject:** RE: friendly reminder (2021-09-23) - Orders DUE TODAY - RE: PerDiemCo v. CalAmp, PerDiemCo v. Agilis (DDE) - proposal from PDC re consolidation (from DLF, 2021-09-21)

Patrick and Michael,

We have reviewed these additional revisions to the proposed schedule (attached), and CalAmp agrees with them.

For similar reasons to Agilis, CalAmp does not agree at this time to limit the number of prior art references or claim terms for construction.  We are open to discussing such limitations as part of a plan that includes plaintiff limiting the asserted patents and claims to a reasonable number, but believe some exchange of contentions and discovery will likely be needed first.

Best Regards,
---
Joshua P. Larsen
Patent Attorney
Partner, Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
(317) 231-6422
joshua.larsen@btlaw.com

---

**From:** Hickey, Michael J. <MHickey@lewisrice.com>
**Sent:** Thursday, September 23, 2021 10:57 AM
**To:** 'Patrick Delaney' <pdelaney@devlinlawfirm.com>

**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Tdevlin - External <tdevlin@devlinlawfirm.com>; Larsen, Joshua <joshua.larsen@btlaw.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Subject:** [EXTERNAL]RE: friendly reminder (2021-09-23) - Orders DUE TODAY - RE: PerDiemCo v. CalAmp, PerDiemCo v. Agilis (DDE) - proposal from PDC re consolidation (from DLF, 2021-09-21)

Patrick,

Please find attached Agilis' and Calamp's proposed edits to the scheduling order. To be clear, Agilis does not agree to consolidation of these cases, but is simply proposing to have coordinated schedules consistent with the practice of Judge Stark (including the procedures he has set forth for claim construction). There would be separate trials, separate contentions, etc. but coordinated in spacing over time. Agilis also does not agree to any limitation at this time with respect to the number of claim terms for construction (although the parties may wish to agree to limitations down the road once contentions are proffered and discovery proceeds) and will not agree at this time to a limitation on the number of prior art references, especially considering the number of patents (9) currently at issue in its case. Again, this may change depending on how PerDiemCo decides how to deal with the 6 Trimble-litigated patents currently in Agilis' case.

Thanks,

Michael

<image003.jpg>

**Michael J. Hickey**
mhickey@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7630 (direct)
314.705.2110 (cell)
314.612.7630 (fax)
www.lewisrice.com

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Thursday, September 23, 2021 5:17 AM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>; Hickey, Michael J. <MHickey@lewisrice.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** [EXTERNAL] friendly reminder (2021-09-23) - Orders DUE TODAY - RE: PerDiemCo v. CalAmp, PerDiemCo v. Agilis (DDE) - proposal from PDC re consolidation (from DLF, 2021-09-21)

Dear Counsel for Agilis and Counsel for CalAmp.

A friendly reminder here. The proposed order in both cases is due today.

Please let us know when we might expect a response and/or final edits. Thanks.

Best,
Patrick
<image002.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Tuesday, September 21, 2021 4:16 PM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>; Hickey, Michael J. <MHickey@lewisrice.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>
**Subject:** PerDiemCo v. CalAmp, PerDiemCo v. Agilis (DDE) - proposal from PDC re consolidation (from DLF, 2021-09-21)

Dear Counsel for Agilis and Counsel for CalAmp.

PerDiemCo will agree to consolidate the respective cases, provided:

1. both Agilis and CalAmp will agree to limit invalidity contentions to 6 references total;
2. both Agilis and CalAmp will agree to limit claim construction to 5 terms total; and
3. PDC would agree to assert no more than 25 claims against each defendant.

Please let us know if the above proposed items are acceptable or not.

Also, Counsel for Agilis.  Please let us know if the proposed dates in the attached from the draft order from CalAmp are acceptable up to or through paragraph 19. Thanks.

Best,
Patrick
<image004.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Tuesday, September 21, 2021 3:46 PM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>; Hickey, Michael J. <MHickey@lewisrice.com>; Smith, Rodger <RSmith@morrisnichols.com>; Ivory, Laura <livory@lewisrice.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** RE: [EXTERNAL]PerDiemCo v. CalAmp, PerDiemCo v. Agilis (DDE) - proposed scheduling order (Draft from DLF, 2021-09-16)

Dear Counsel for Agilis and Counsel for CalAmp.

Based on discussions with CalAmp today, we are putting together a proposal for case consolidation for both Agilis and CalAmp to consider.  We expect to be sending that out later today.

In the meantime, the new dates proposed by CalAmp are in the attached for coordination purposes as we would like to match dates in both cases up to the pre-trial conferences.

We expect to be sending out the proposal on consolidation later today. Thanks.

Best,
Patrick
<image005.png>
*Admitted in DC, not in DE.

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Tuesday, September 21, 2021 2:32 PM
**To:** Larsen, Joshua <joshua.larsen@btlaw.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>; Peter Mazur <pmazur@devlinlawfirm.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** FW: [EXTERNAL]PerDiemCo v. CalAmp (DDE) - proposed scheduling order (Draft from DLF, 2021-09-16)

Thanks, Joshua.  Talk soon.

Best,
Patrick
<image001.png>
*Admitted in DC, not in DE.

**From:** Larsen, Joshua <joshua.larsen@btlaw.com>
**Sent:** Tuesday, September 21, 2021 2:28 PM
**To:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Cc:** Stover, Chad <Chad.Stover@btlaw.com>
**Subject:** RE: [EXTERNAL]PerDiemCo v. CalAmp (DDE) - proposed scheduling order (Draft from DLF, 2021-09-16)

Hi Patrick,

Attached are some proposed redlines that we can discuss during our 3pm call.  Thanks.

Best Regards,
---
Joshua P. Larsen
Patent Attorney
Partner, Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
(317) 231-6422
joshua.larsen@btlaw.com


Begin forwarded message:

> **From:** Patrick Delaney <
> **Date:** September 16, 2021 at 8:05:22 AM EDT
> **To:** "Stover, Chad" <Chad.Stover@btlaw.com>
> **Cc:** Tdevlin - External <tdevlin@devlinlawfirm.com>, "Lytle, Kathleen" <Kathleen.Lytle@btlaw.com>, Patrick Delaney <pdelaney@devlinlawfirm.com>, DLF-Lit Paras <dlflitparas@devlinlawfirm.com>
> **Subject: [EXTERNAL]PerDiemCo v. CalAmp (DDE) - proposed scheduling order (Draft from DLF, 2021-09-16)**
>
>
> Hi Chad.  A draft scheduling order is attached. Thanks.

11

> Best,
> Patrick
>
> *Admitted in DC, not in DE.

**From:** Patrick Delaney
**Sent:** Wednesday, September 15, 2021 12:56 PM
**To:** Stover, Chad <Chad.Stover@btlaw.com>
**Cc:** Timothy Devlin <tdevlin@devlinlawfirm.com>; Lytle, Kathleen <Kathleen.Lytle@btlaw.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** RE: Activity in Case 1:20-cv-01397-LPS PerDiemCo LLC v. CalAmp Corp. Order (also PerDiemCo LLC v. Agilis Systems, LLC)

Hi Chad  Yes.  Will send it over as soon as its available.  I'm working one up.  Thanks.

Best,
Patrick
*Admitted in DC, not in DE.

**From:** Stover, Chad <Chad.Stover@btlaw.com>
**Sent:** Wednesday, September 15, 2021 12:53 PM
**To:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Cc:** Timothy Devlin <tdevlin@devlinlawfirm.com>; Lytle, Kathleen <Kathleen.Lytle@btlaw.com>
**Subject:** RE: Activity in Case 1:20-cv-01397-LPS PerDiemCo LLC v. CalAmp Corp. Order (also PerDiemCo LLC v. Agilis Systems, LLC)

Patrick,

Let me check with my partner about his availability for a call.  In the meantime, could you send a draft scheduling order?

Thanks,
Chad

**Chad S.C. Stover** | Partner
Direct: (302) 300-3474 | Mobile: (302) 766-2932
Wilmington, DE

**From:** Patrick Delaney <pdelaney@devlinlawfirm.com>
**Sent:** Tuesday, September 14, 2021 2:33 PM
**To:** Stover, Chad <Chad.Stover@btlaw.com>; Lytle, Kathleen <Kathleen.Lytle@btlaw.com>
**Cc:** Tdevlin - External <tdevlin@devlinlawfirm.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>
**Subject:** [EXTERNAL]FW: Activity in Case 1:20-cv-01397-LPS PerDiemCo LLC v. CalAmp Corp. Order (also PerDiemCo LLC v. Agilis Systems, LLC)

Hi Chad.

Just left a voicemail for you.  I'm reaching out regarding PerDiemCo LLC v. CalAmp to set up an initial call to discuss Judge Stark's oral order below.  Are you available later this week?  Thanks.

Best,

Patrick
*Admitted in DC, not in DE.

**From:** Donna Allaband <dallaband@devlinlawfirm.com>
**Sent:** Thursday, September 9, 2021 3:19 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>; Patrick Delaney <pdelaney@devlinlawfirm.com>; DLF-Lit Paras <dlflitparas@devlinlawfirm.com>
**Subject:** FW: Activity in Case 1:20-cv-01397-LPS PerDiemCo LLC v. CalAmp Corp. Order

In both Agilis and CalAmp.

**Docket Text:**
**ORAL ORDER: IT IS HEREBY ORDERED that the parties shall confer regarding proposed dates in the scheduling order and shall submit a proposal, including a proposal for the length and timing of trial, to the Court no later than September 23, 2021. The parties are to review the Court's form scheduling order, which is posted at http://www.ded.uscourts.gov (see Chambers, Judge Stark, New Patent Procedures). ORDERED by Judge Leonard P. Stark on 9/9/21. Associated Cases: 1:20-cv-01397-LPS, 1:20-cv-01481-LPS (ntl)**

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Thursday, September 9, 2021 2:57 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:20-cv-01397-LPS PerDiemCo LLC v. CalAmp Corp. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 9/9/2021 at 2:57 PM EDT and filed on 9/9/2021

**Case Name:**      PerDiemCo LLC v. CalAmp Corp.
**Case Number:**    1:20-cv-01397-LPS
**Filer:**
**Document Number:** 10(No document attached)

**ORAL ORDER: IT IS HEREBY ORDERED that the parties shall confer regarding proposed dates in the scheduling order and shall submit a proposal, including a proposal for the length and timing of trial, to the Court no later than September 23, 2021. The parties are to review the Court's form scheduling order, which is posted at http://www.ded.uscourts.gov (see Chambers, Judge Stark, New Patent Procedures). ORDERED by Judge Leonard P. Stark on 9/9/21. Associated Cases: 1:20-cv-01397-LPS, 1:20-cv-01481-LPS (ntl)**

**Case Name:** PerDiemCo LLC v. Agilis Systems, LLC
**Case Number:** 1:20-cv-01481-LPS
**Filer:**
**Document Number:** 19(No document attached)

**ORAL ORDER: IT IS HEREBY ORDERED that the parties shall confer regarding proposed dates in the scheduling order and shall submit a proposal, including a proposal for the length and timing of trial, to the Court no later than September 23, 2021. The parties are to review the Court's form scheduling order, which is posted at http://www.ded.uscourts.gov (see Chambers, Judge Stark, New Patent Procedures). ORDERED by Judge Leonard P. Stark on 9/9/21. Associated Cases: 1:20-cv-01397-LPS, 1:20-cv-01481-LPS (ntl)**

**1:20-cv-01397-LPS Notice has been electronically mailed to:**

Timothy Devlin   tdevlin@devlinlawfirm.com, dlflitparas@devlinlawfirm.com, mmcclain@devlinlawfirm.com, pdelaney@devlinlawfirm.com

Chad S.C. Stover   chad.stover@btlaw.com, docketinglitin@btlaw.com, kathy.lytle@btlaw.com

**1:20-cv-01397-LPS Filer will deliver document by other means to:**

**1:20-cv-01481-LPS Notice has been electronically mailed to:**

Rodger Dallery Smith, II   rdsefiling@mnat.com, rsmith@mnat.com

Timothy Devlin   tdevlin@devlinlawfirm.com, dlflitparas@devlinlawfirm.com, mmcclain@devlinlawfirm.com, pdelaney@devlinlawfirm.com

Michael J. Hickey   mhickey@lewisrice.com, livory@lewisrice.com

**1:20-cv-01481-LPS Filer will deliver document by other means to:**

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
```

```
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.
```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```
<Defendants_Proposed_Edits_to_Protective_Order_13-Nov-2021.docx>

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
```

for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.