IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERDIEMCO LLC, | |
| Plaintiff, | |
| v. | C.A. No. 20-1397-LPS |
| CALAMP CORP., | |
| Defendant. | |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on April 14, 2022 a copy of *Defendant CalAmp Corp.'s Initial Invalidity Contentions* was served on the following counsel of record by electronic mail:

>Timothy Devlin
>Patrick Delaney
>Peter A. Mazur
>Devlin Law Firm LLC
>1526 Gilpin Avenue
>Wilmington, DE 19806
>Email:  tdevlin@devlinlawfirm.com
>Email:  pdelaney@devlinlawfirm.com
>Email:  pmazur@devlinlawfirm.com
>
>James D. Berquist
>Donald L. Jackson
>Davidson Berquist Jackson & Gowdey LLP
>8300 Greensboro Dr., Suite 500
>McLean, VA 22102
>Email:  jay.berquist@davidsonberquist.com
>Email:  djackson@davidsonberquist.com

| | |
|---|---|
| Dated:  April 14, 2022 | **BARNES & THORNBURG LLP**<br><br>*/s/  Chad S.C. Stover*<br>Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Tel:  (302) 300-3474<br>Fax:  (302) 300-3456<br>E-mail: chad.stover@btlaw.com<br><br>Paul B. Hunt (admitted *pro hac vice*)<br>Eric J. Beste (admitted *pro hac vice*)<br>Joshua P. Larsen (admitted *pro hac vice*)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br>Paul.Hunt@btlaw.com<br>Eric.Beste@btlaw.com<br>Joshua.Larsen@btlaw.com<br><br>Attorneys for Defendant CalAmp Corporation |