# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PerDiemCo LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CalAmp Corp.,<br><br>            Defendant. | C.A. No. 1:20-cv-01397-GBW-SRF<br><br>**JURY TRIAL DEMANDED** |

**PERDIEM'S MOTION REQUESTING A HEARING ON CLAIM CONSTRUCTION**

Pursuant to the Court's September 29, 2022 Oral Order, Plaintiff PerDiemCo LLC ("PerDiem") respectfully requests that the Court hold a hearing on claim construction.

    (1)    PerDiem confirms that briefing on claim construction is complete.

    (2)    PerDiem estimates that the hearing will take one-and-a-half (1.5) hours total (45 minutes per side) and respectfully requests that the Court set that amount of time aside for the hearing.

    (3)    PerDiem does not anticipate presenting any live expert witness testimony at the hearing.

Dated: October 7, 2022

Respectfully submitted,

*/s/ Peter Akawie Mazur*
Timothy Devlin (No. 4241)
Patrick R. Delaney (admitted *pro hac vice*)
Peter Akawie Mazur (No. 6732)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19801
Tel.: (302) 449-9010
Fax.: (302) 353-4251
tdevlin@devlinlawfirm.com
pdelaney@devlinlawfirm.com
pmazur@devlinlawfirm.com

James D. Berquist (admitted *pro hac vice*)
Donald L. Jackson (admitted *pro hac vice*)
DAVIDSON BERQUIST JACKSON
  & GOWDEY, LLP
8300 Greensboro Dr., Suite 500
McLean, VA 22102
Tel.: 571-765-7700
Fax.: 571-765-7200
jay.berquist@davidsonberquist.com
djackson@davidsonberquist.com

*Attorney for Plaintiff PerDiemCo LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") all counsel of record who have appeared in this case.

                                                */s/ Peter Akawie Mazur*
                                                Peter Akawie Mazur