IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERDIEMCO LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CALAMP CORP.,<br><br>   Defendant. | C.A. No. 20-01397-GBW-SRF |

**CALAMP'S MOTION REQUESTING A HEARING ON CLAIM CONSTRUCTION**

  Pursuant to the Court's September 29, 2022 Oral Order, Defendant CalAmp Corp. ("CalAmp") respectfully requests that the Court hold a hearing on claim construction.

  1. CalAmp confirms that a complete Joint Claim Construction Brief was filed today. Plaintiff PerDiemCo LLC ("PerDiem") additionally filed a technical tutorial today and served a copy on CalAmp this evening. CalAmp may object and/or respond to PerDiem's technical tutorial once it has had the opportunity to review the same.

  2. CalAmp estimates that the hearing will take three (3) hours total (90 minutes per side) and respectfully requests that the Court set that amount of time aside for the hearing.

  3. CalAmp does not anticipate presenting any live expert witness testimony at the hearing.

| | |
|---|---|
| Dated: October 7, 2022 | **BARNES & THORNBURG LLP**<br><br>/s/ *Chad S.C. Stover*<br>Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 300-2474<br>Fax: (302) 300-3456<br>E-mail: chad.stover@btlaw.com<br><br>Paul B. Hunt (admitted *pro hac vice*)<br>Joshua P. Larsen (admitted *pro hac vice*)<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone: (317) 231-1313<br>Facsimile: (317) 231-7433<br>Paul.Hunt@btlaw.com<br>Joshua.Larsen@btlaw.com<br><br>Eric J. Beste (admitted *pro hac vice*)<br>655 W. Broadway, Suite 1300<br>San Diego, CA 92101<br>Telephone: (619) 321-5000<br>Facsimile: (310) 284-3894<br>Eric.Beste@btlaw.com<br><br>Adam M. Kaufmann (admitted *pro hac vice*)<br>1 North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Telephone: (312) 357-1313<br>Facsimile: (312) 759-5646<br>Adam.Kaufmann@btlaw.com<br><br>*Counsel for Defendant CalAmp Corp.* |