IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERDIEMCO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-1397-GBW-SRF |
| | ) |
| CALAMP CORP., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

At Wilmington this **25th** day of **October, 2022**, the court having considered the motion to amend the scheduling order filed by PerDiemCo LLC ("Plaintiff") (D.I. 89),[1] IT IS ORDERED that the balance of the case schedule shall proceed in the following manner for the reasons set forth below:

1. Having reviewed the parties' competing proposals for scheduling order deadlines to govern the balance of the case, the court adopts the following deadlines, which are generally consistent with the amount of time provided under the previous scheduling order (D.I. 16, D.I. 37, D.I. 81):

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Joinder of parties / amendment of pleadings | October 14, 2022 | November 25, 2022 |
| Claim construction hearing slides | January 3, 2023 | January 3, 2023 |
| Claim construction hearing | January 10, 2023 | January 10, 2023 |
| Decision on claim construction | February 10, 2023 | February 10, 2023 |
| Final infringement contentions | November 6, 2022 | February 17, 2023 |
| Suppl. Identification of Accused Products | November 6, 2022 | February 17, 2023 |
| Final invalidity contentions | December 6, 2022 | March 17, 2023 |
| Fact discovery cutoff | December 6, 2022 | March 17, 2023 |
| Expert reports for party with initial burden of proof and Daubert motions | December 14, 2022 | April 10, 2023 |

---

[1] The briefing associated with the pending motion is found at D.I. 90 and D.I. 99.

| | | |
|---|---|---|
| Supplemental disclosure to contradict or rebut evidence on the same matter identified by another party | January 25, 2023 | May 22, 2023 |
| Reply expert reports from party with initial burden of proof | February 15, 2023 | June 12, 2023 |
| Expert depositions completed | March 15, 2023 | July 14, 2023 |
| Case dispositive and Daubert motions | April 12, 2023 | August 11, 2023 |
| Pretrial conference | September 8, 2023 | December 21, 2023 at 10:00 a.m. |
| 5-day jury trial | September 18, 2023 | January 8, 2024 at 9:30 a.m. |

2.   The amended dates address Plaintiff's concerns by delaying the submission of final contentions and the close of fact discovery until after a decision on claim construction has issued. The amended dates otherwise track the time frame proposed by defendant CalAmp Corp. and the amount of time between case events set forth in the previous scheduling order.

3.   On or before **October 31, 2022**, the parties shall file the form of an amended case scheduling order consistent with this Memorandum Order. The proposed scheduling order should be consistent with Judge Fallon's "Rule 16 Scheduling Order-Patent" up through and including paragraph number 12 posted at https://www.ded.uscourts.gov/judge/magistrate-judge-sherry-r-fallon and the parties are to use Judge Williams' "Rule 16 Scheduling Order – Patent (Non-ANDA)" posted at https://www.ded.uscourts.gov/judge/judge-gregory-b-williams for all events including and following Case Dispositive Motions.

4.   This Memorandum Order is filed pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), and D. Del. LR 72.1(a)(2). The parties may serve and file specific written objections within fourteen (14) days after being served with a copy of this Memorandum Order. Fed. R. Civ. P. 72(a). The objections and responses to the objections are limited to four (4) pages each.

5. The parties are directed to the court's Standing Order For Objections Filed Under Fed. R. Civ. P. 72, dated March 7, 2022, a copy of which is available on the court's website, www.ded.uscourts.gov.

_____
Sherry R. Fallon
United States Magistrate Judge